UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Keenan Wright ,

Plaintiff(s),

v.

Case No. 4:26−cv−11853−SDK−KGA
Hon. Shalina D. Kumar

Regents of the University of Michigan,

Defendant(s),

**ORDER REQUIRING RESPONSE**

The following document has been filed:

Motion to Dismiss − #10

IT IS HEREBY ORDERED that Keenan Wright shall file a response to the above document on or before August 31, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before September 14, 2026.

s/Shalina D. Kumar
Shalina D. Kumar
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/T. Hallwood
Case Manager

Dated: August 5, 2026